IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF IOWA

| | |
|---|---|
| **ANIMAL LEGAL DEFENSE FUND**; **PEOPLE FOR THE ETHICAL TREATMENT OF ANIMALS, INC.**; **BAILING OUT BENJI**; **FOOD & WATER WATCH**; and **IOWA CITIZENS FOR COMMUNITY IMPROVEMENT**<br><br>*Plaintiffs*,<br><br>v.<br><br>**KIM REYNOLDS**, in her official capacity as Governor of Iowa, **TOM MILLER**, in his official capacity as Attorney General of Iowa, **VANESSA STRAZDAS**, in her official capacity as Cass County Attorney, **CHUCK SINNARD**, in his official capacity as Dallas County Attorney, and **JOHN GISH**, in his official capacity as Washington County Attorney<br><br>*Defendants*. | Case No.: 4:21-cv-00231<br><br>**NOTICE OF SUPPLEMENTAL AUTHORITY IN SUPPORT OF PLAINTIFFS' MOTION FOR SUMMARY JUDGMENT OR, IN THE ALTERNATIVE, A PRELIMINARY INJUNCTION, AND PLAINTIFFS' RESISTANCE TO DEFENDANTS' MOTION TO DISMISS** |

Plaintiffs submit this Notice regarding *National Press Photographers Association ("NPPA") v. McCraw*, --- F.Supp.3d ---, 2022 WL 939517 (W.D. Tex., Mar. 30, 2022). It holds Texas statutes facially invalid under the First Amendment. *Id.* at *15. The laws penalized using a drone "to capture an image of an individual or privately owned real property," "with the intent to conduct surveillance on the individual or property." *Id.* at *1.

The opinion refutes Defendants' claim that because Defendants argue ALDF, PETA, and BoB might be charged under another law this challenge cannot redress their injuries. Plfs.' MTD Opp., Dkt. No. 22-1, at 14-15 & n.3; Plfs.' MSJ Br., Dkt. No. 23-1, at 10: "Plaintiffs need not prove that the relief the[y] seek will fully redress the harms they suffer." *NPPA*, 2022 WL 939517,

1

at *6.

It supports Plaintiffs' position restricting recording, even to protect private property, requires First Amendment scrutiny. Dkt. No. 22-1, at 20-28; No. 23-1, at 11-14. It explains "[t]he protections offered by the First Amendment must extend to each phase of the speech process if they are to have any effect" therefore "the process of creating the images finds just as much protection in the First Amendment as the images themselves." *NPPA*, 2022 WL 939517, at *8.

It aids Plaintiffs' contention Iowa Code § 727.8A is under- and over-inclusive and therefore fails First Amendment scrutiny and is overbroad. Dkt. No. 22-1, at 32-33, 35; Dkt. No. 23-1, at 14-16, 17. It explains a law is "overinclusive" and "overbroad" when it restricts speech that does "not pose the risks that the State claims" it sought to address. *NPPA*, 2022 WL 939517 at *11. A law is "underinclusive" when it "carve[s]-out[]" speech that "pose[s] the same risks" to "the government's interests" as the speech it regulates. *Id.* at *12.

Finally, the opinion confirms if the State "fail[s] to establish that alternative means are insufficient to sufficiently protect [its] interest" the law is not needed to further "any identified interest," *id.* at *11, another reason to strike down § 727.8A. Dkt. No. 22-1, at 34-35; Dkt. No. 23-1, at 16.

April 1, 2022                                                         Respectfully submitted,

*/s/ David S. Muraskin*_____
David S. Muraskin*
Public Justice, P.C.
1620 L Street NW, Suite 630
Washington, D.C. 20036
(202) 861-5245
dmuraskin@publicjustice.net
*Lead counsel for Plaintiffs*

Roxanne Conlin AT0001642
Devin Kelly AT0011691
Roxanne Conlin & Associates, P.C.
3721 SW 61st Street, Suite C
Des Moines, Iowa 50321
(515) 283-1111
roxanne@roxanneconlinlaw.com,
dkelly@roxanneconlinlaw.com,
tadams@roxanneconlinlaw.com
cc: dpalmer@roxanneconlinlaw.com
*Counsel for Plaintiffs*

Cristina Stella*
Christine Ball-Blakely*
Animal Legal Defense Fund
525 East Cotati Avenue
Cotati, CA 94931
(707) 795-2533
cstella@aldf.org
cblakely@aldf.org
*Counsel for Animal Legal Defense Fund*

Matthew Strugar*
Law Office of Matthew Strugar
3435 Wilshire Blvd., Suite 2910
Los Angeles, CA 90010
(323) 696-2299
matthew@matthewstrugar.com
*Counsel for Animal Legal Defense Fund*

Aaron Frazier*
Foundation to Support Animal Protection
(PETA Foundation)
501 Front Street
Norfolk, VA 23510
(757) 622-7382
AaronF@PetaF.org
*Counsel for People for the Ethical Treatment of Animals, Inc.*

Tyler Lobdell*
Food & Water Watch
1616 P Street NW, #300
Washington, D.C. 20036
(208) 209-3569
tlobdell@fwwatch.org
*Counsel for Food & Water Watch*

* *Pro Hac Vice* Admission

## CERTIFICATE OF SERVICE

I hereby certify that on this date, I electronically filed the foregoing paper with the Clerk of Court by using the CM/ECF system.

All participants in this case are registered CM/ECF users and will served by the CM/ECF system.

| | |
|---|---|
| Date: April 1, 2022 | /s/ David S. Muraskin |
| | David S. Muraskin |