IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF IOWA

| | |
|---|---|
| **ANIMAL LEGAL DEFENSE FUND**; **PEOPLE FOR THE ETHICAL TREATMENT OF ANIMALS, INC.**; **BAILING OUT BENJI**; **FOOD & WATER WATCH**; and **IOWA CITIZENS FOR COMMUNITY IMPROVEMENT**<br><br>*Plaintiffs*,<br><br>v.<br><br>**KIM REYNOLDS**, in her official capacity as Governor of Iowa, **TOM MILLER**, in his official capacity as Attorney General of Iowa, **VANESSA STRAZDAS**, in her official capacity as Cass County Attorney, **CHUCK SINNARD**, in his official capacity as Dallas County Attorney, and **JOHN GISH**, in his official capacity as Washington County Attorney<br><br>*Defendants*. | Case No.: 4:21-cv-00231<br><br>**JOINT STIPULATION REGARDING FEES AND COSTS** |

Plaintiffs Animal Legal Defense Fund, People for the Ethical Treatment of Animals, Bailing Out Benji, Food & Water Watch, and Iowa Citizens for Community Improvement, and Defendants Kim Reynolds, Tom Miller, and Vanessa Strazdas, Chuck Sinnard, and John Gish respectfully stipulate to the following regarding fees and costs and request the Court enter a corresponding Order:

1. Based on this Court's Order denying Defendants' Motion to Dismiss and granting Plaintiffs' Motion for Summary Judgment, Dkt. No. 40, Defendants agree Plaintiffs are entitled to an award of fees and costs as prevailing parties in this matter.

2. The parties jointly agree to an award of costs to Plaintiffs as prevailing parties in the amount

1

of $775.21. This figure reflects:

    a. $428.85 incurred by Conlin & Associates;

    b. $246.36 incurred by Public Justice; and

    c. $100 incurred by the Animal Legal Defense Fund.

3. The parties further jointly agreed to an award of fees to Plaintiffs as prevailing parties in the amount of $142,977.50. This figure reflects:

    a. $7,340 in fees incurred by Conlin & Associates;

    b. $100,180 in fees incurred by Public Justice;

    c. $23,991.25 fees incurred by the Animal Legal Defense Fund;

    d. $5,036.25 in fees incurred by the Law Offices of Matthew Strugar;

    e. $6,430 in fees incurred by Food & Water Watch.

4. Plaintiffs stipulate this satisfies their entitlement to fees and costs as of October 19, 2022, without waving any right to seek further fees and costs related to additional litigation in this matter.

5. Plaintiffs further stipulate Defendants' obligation to pay is suspended pending final disposition of appellate proceedings in this matter, if any.

6. Defendants stipulate that post-judgment interest under 28 U.S.C. § 1961 shall accrue from October 19, 2022, on any amount of attorneys' fees and costs eventually held owing.

October 20, 2022                                          Respectfully submitted,

                                                                               */s/ David S. Muraskin*
                                                                               David S. Muraskin\*
                                                                               Public Justice, P.C.
                                                                               1620 L Street NW, Suite 630
                                                                               Washington, D.C. 20036
                                                                               (202) 861-5245
                                                                               dmuraskin@publicjustice.net
                                                                               *Lead counsel for Plaintiffs*

Roxanne Conlin AT0001642
Devin Kelly AT0011691
Roxanne Conlin & Associates, P.C.
3721 SW 61st Street, Suite C
Des Moines, Iowa 50321
(515) 283-1111
roxanne@roxanneconlinlaw.com,
dkelly@roxanneconlinlaw.com,
tadams@roxanneconlinlaw.com
cc: dpalmer@roxanneconlinlaw.com
*Counsel for Plaintiffs*

Cristina Stella*
Christine Ball-Blakely*
Animal Legal Defense Fund
525 East Cotati Avenue
Cotati, CA 94931
(707) 795-2533
cstella@aldf.org
cblakely@aldf.org
*Counsel for Animal Legal Defense Fund*

Matthew Strugar*
Law Office of Matthew Strugar
3435 Wilshire Blvd., Suite 2910
Los Angeles, CA 90010
(323) 696-2299
matthew@matthewstrugar.com
*Counsel for Animal Legal Defense Fund*

Aaron Frazier*
Foundation to Support Animal Protection
(PETA Foundation)
501 Front Street
Norfolk, VA 23510
(757) 622-7382
AaronF@PetaF.org
*Counsel for People for the Ethical
Treatment of Animals, Inc.*

Tyler Lobdell*
Food & Water Watch
1616 P Street NW, #300
Washington, D.C. 20036
(208) 209-3569
tlobdell@fwwatch.org
*Counsel for Food & Water Watch*

* *Pro Hac Vice* Admission


  /s/ Jacob J. Larson
JACOB J. LARSON
Assistant Attorney General
jacob.larson@ag.iowa.gov

Hoover State Office Building
1305 E. Walnut Street, 2nd Floor
Des Moines, Iowa 50319
Phone: (515) 281-5164
Fax: (515) 281-4209
ATTORNEYS FOR DEFENDANTS

## CERTIFICATE OF SERVICE

I hereby certify that on this date, I electronically filed the foregoing paper with the Clerk of Court by using the CM/ECF system.

All participants in this case are registered CM/ECF users and will served by the CM/ECF system.

| | |
|---|---|
| Date: October 20, 2022 | /s/ David S. Muraskin<br>David S. Muraskin |